IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RICHARD STEWART | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. WMN-00-2597 |
| IRIS METZ, Superintendent of Prince Georges' County Schools | * | |
| | * | |
| JEROME CLARK, Former Superintendent of Prince Georges' County Schools | * | |
| THOMAS D. KIRBY, Personnel Director, Prince Georges County Schools | * | |
| | * | |
| PRINCE GEORGE'S COUNTY BOARD OF EDUCATION | * | |
| MEMBERS DOE, Maryland State Board of Education | * | |
| | * | |
| Defendants | | |

\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The above case was filed on August 28, 2000. On December 26, 2000, plaintiff requested reissuance of the summons for defendants **Iris Metz, Superintendent of Prince Georges' County Schools**; **Jerome Clark, Former Superintendent of Prince Georges County Schools**; **Thomas D. Kirby, Personnel Director, Prince Georges County Schools**; and **Prince Georges's County Board of Education**.[1] On January 4, 2001, this Court directed the

---

[1] The defendants named as "Members Doe" were not served with process in this matter within 120 days of the filing of the complaint. As the other four defendants have not been properly served with process in accordance with the directives of this Court's Order of January 4, 2001, the "Members Doe will be dismissed as well.

reissuance of said summonses and further directed plaintiff to serve defendants within fourteen (14) days or risk dismissal of this action. To date, none of the defendants in this action have been served with the summons and complaint. Therefore, pursuant to F.R.Cv.P. 4(m), it is this 22nd day of January, 2001, in the United States District Court for the District of Maryland

ORDERED:

1. That the instant case be dismissed, without prejudice as to defendants **Iris Metz, Superintendent of Prince Georges' County Schools**; **Jerome Clark, Former Superintendent of Prince Georges County Schools; Thomas D. Kirby, Personnel Director, Prince Georges County Schools; Prince Georges's County Board of Education**; and **Members Doe, Maryland State Board of Education;**

2. That the Clerk CLOSE this case; and

3. That the Clerk shall transmit or mail copies of this Order to counsel of record.

William M. Nickerson
United States District Judge